# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN KENNEY, | ) |
|       Plaintiff, | ) |
| v. | ) **Case No.: 1:12-CV-40060-JLT** |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC; and ENCORE CAPITAL GROUP, INC., | ) |
|       Defendants. | ) |

## PLAINTIFF'S LIST OF PROPOSED DEPONENTS

NOW COMES Plaintiff, Sean Kenney, and pursuant to the Court's Modified Discovery Order dated August 26, 2013, hereby submits his list of proposed deponents.

1. Fed. R. Civ. P. 30(b)(6) Deposition of Midland Funding, LLC;

2. Fed. R. Civ. P. 30(b)(6) Deposition of Midland Credit Management, Inc.; and

3. Fed. R. Civ. P. 30(b)(6) Deposition of Encore Capital Group, Inc.;

Plaintiff reserves the right to revise and/or supplement his list of proposed deponents as may be necessary throughout the course of discovery

Dated: September 23, 2013  Respectfully Submitted,
SEAN KENNEY,
By his attorneys,

<u>/s/ Craig Thor Kimmel</u>
Craig Thor Kimmel, Esq.
Kimmel & Silverman
30 East Butler Avenue
Ambler, PA 19002
215-540-8888
Fax: 215-540-8817
Email: kimmel@creditlaw.com

# CERTIFICATE OF SERVICE

I, CRAIG THOR KIMMEL, ESQUIRE, do certify that I served a true and correct copy of the above document upon the following by depositing a copy of same in the United States mail, postage prepaid, addressed as follows:

Kara Thorvaldsen, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110

/s/Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman
30 East Butler Avenue
Ambler, PA 19002
215-540-8888
Fax: 215-540-8817
Email: kimmel@creditlaw.com