UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN KENNEY,<br>    Plaintiff<br><br>v.<br><br>MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.,<br>    Defendants | No. 4:12-cv-40060 |

### DEFENDANTS' LIST OF PROPOSED DEPONENTS

Now come the defendants, MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC. ("the defendants") and, in accordance with the Court's Modified Discovery Order entered on August 26, 2013, identify the following list of proposed deponents:

1. Plaintiff, Sean Kenney

2. Adrienne Kenney
   Last known address:
   52 MAIN ST APT 1D
   STONEHAM, MA 02180-3358

                                      Respectfully submitted,
                                      Defendants
                                      Midland Credit Management, Inc., and
                                      Midland Funding, LLC,
                                      And Encore Capital Group, Inc.
                                      By their Attorneys,

                                      /s/ Kara Thorvaldsen
                                      Kara Thorvaldsen, BBO# 660723
                                      Wilson Elser LLP
                                      260 Franklin Street
                                      Boston, MA 02110

995841.1

(617) 422-5300
Kara.Thorvaldsen@wilsonelser.com

995841.1

**CERTIFICATE OF SERVICE**

    I, Kara Thorvaldsen, hereby certify that on this date the foregoing document was served on counsel of record via the CM/ECF system.

Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Email: kimmel@creditlaw.com

                                            /s/ Kara Thorvaldsen
                                            Kara Thorvaldsen