UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEAN KENNEY,
    Plaintiff,

V                        CA 12-40060-JLT

MIDLAND FUNDING, LLC.,
ET AL
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on September 24, 2013 by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within 30 days of this order, if settlement is not consummated.

                                                         /s/ Zita Lovett

                                                         Courtroom Clerk

Date: October 4, 2013